**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6315

DEWEY KEITH VENABLE,

Plaintiff - Appellant,

versus

DEPARTMENT OF CORRECTIONS; GENE JOHNSON,
V.D.O.C. Regional Director; PAGE TRUE, Warden;
B. TRENT, Assistant Warden; B. CABELL,
Assistant Warden; VILLARS, Counselor; MIXCELL,
Counsel; LIPES, C/O; L. RIDDICK, C/O;
CRENSHAW, C/O; RIDDICK, Sgt. (Currently a
Lieutenant),

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. James R. Spencer, Chief
District Judge. (3:05-cv-00821-JRS)

Submitted: August 13, 2007          Decided: August 28, 2007

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dewey Keith Venable, Appellant Pro Se. Banci Enga Tewolde, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dewey Keith Venable appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Venable v. Dep't of Corr.</u>, No. 3:05-cv-00821-JRS (E.D. Va. Feb. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -